# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                         CASE NO: 6:24-mj-1056-LHP

WILMAN DANERY BUEZO-BANEGAS

AUSA: Diane Hu

Defense Attorney: Joshua Lukman, Federal Public Defender

| JUDGE: | **LESLIE HOFFMAN PRICE**<br>United States Magistrate Judge | DATE AND TIME: | **January 23, 2024**<br>3:41-4:15<br>34 minutes |
|---|---|---|---|
| Courtroom: | 5D | TOTAL TIME: | |
| DEPUTY CLERK: | Edward Jackson | REPORTER: | Digital<br>https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form |
| INTERPRETER: | Claudia Villalba | PROBATION: | Naseana Francis |

### CLERK'S MINUTES
### INITIAL APPEARANCE

Case called; appearances taken; procedural setting by the Court.
Interpreter was placed under oath.
Court advised the Defendant of the right to remain silent.
Court inquired of the Defendants regarding competency.
Parties advised of the requirements pursuant to the Due Process Protections Act.
Court advised the Defendant of his rights.
Defendants made an oral motion to appoint counsel.
Court granted the motion and appointed counsel.
Government summarized the violations and penalties in the petition.
Government made an oral motion for detention.
Defendant requested that further hearing be held in the Western District of Texas.
Order of Detention, Removal and Commitment entered.